UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO. 07-10184-RBR
                                                          Chapter 13 Proceedings
VIOLET MILLER
_____/

## FORD MOTOR CREDIT COMPANY'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN AND RESPONSE TO ANTICIPATED MOTION TO VALUE

Pursuant to Fed. R. Bank. Proce. 3015(f) Ford Motor Credit Company ("FMCC"), objects to the Chapter 13 Plan of Violet Miller("Debtor") pursuant to Local Rule 3015-3(A)(1).

1.  On January 11, 2007, the Debtor filed a voluntary petition under Chapter 13 of the Code with this Court.

2.  On February 13, 2007, the Debtor filed a Chapter 13 Plan.

3.  The Retail Installment Contract between FMCC and the Debtor on the 2000 FORD EXPEDITION, VIN. NO. 1FMRU1568YLB33044 ("Motor Vehicle") requires the payment by the Debtor to the holder of 60 monthly installments of $347.32 each, commencing March 16, 2003.

4.  The net outstanding balance on the contract is $9,778.29.

5.  The replacement (retail) value of the Motor Vehicle as of January 2007 is $10,000.00. *See Associates Commercial Corp. v. Rash*, 520 U.S. 953 (1997). A copy of the N.A.D.A. book value in effect on January 11, 2007, the date of filing, is attached hereto.

6.  **The Debtor's Plan fails to provide adequate protection of FMCC'S interest in the Motor Vehicle for the following reasons.** First, the Debtor, after stripping the lien, undervalues the Motor Vehicle by $1,116.00. The replacement value of the vehicle is $10,000.00 as shown in the attached N.A.D.A. copy for the month of January 2007. The Plan values the vehicle at $8,884.00. Second, the Plan does not provide that the secured lien held by FMCC will be retained until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under Section 1325.

7. FMCC objects to the valuation provided in the Plan and will agree to $9,778.29 as the value of the secured lien. Also, the Plan should provide that the secured lien held by FMCC will be retained until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under Section 1325.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Violet Miller, Debtor, 9711 NW 21st Manor, Sunrise, FL 33322 and sent electronically to Elias Leonard Dsouza, Attorney for Debtor and Robin R. Weiner, Trustee this 29th day of March 2007.

KENNETH M. JONES
Moody, Jones, Montefusco & Ingino, P.A.
Attorneys for FMCC
1333 S. University Drive, Suite 201
Plantation, FL 33324
(954) 473-6605
(954) 473-6855 Facsimile
Florida Bar No. 142618

# FLORIDA SIMPLE INTEREST VEHICLE RETAIL INSTALMENT CONTRACT

DATE 01/30/2003

**Buyer (and Co-Buyer) Name and Address (including County and Zip Code)**
CHRISTOPHER MILLER
VIOLET MILLER
9711 NW 21ST MANOR
SUNRISE BROWARD FL 33322

**CREDITOR (Seller) Name and Address**
SAWGRASS FORD
14501 W. SUNRISE BLVD.
SUNRISE FL 33323

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Year and Make | Model | GVW if Truck (lbs.) | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2000 FORD TRUCK | EXPEDITION | | 1FMRU156BYLB33044 | ☐ Personal ☐ Agricultural ☐ Commercial |

Trade-in _____ Year and Make _____ $ N/A Gross Allowance _____ $ N/A Amount Owing

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price ............................................................. $ 19199.53 (1)
2. Down Payment
   (a) Third Party Rebate Assigned to Creditor ........ $ N/A
   (b) Cash Paid .......................................................... $ 4800.00
   (c) Deferred Down Payment Due ........................... $ N/A
   (d) Cash Down Payment (a, b, plus c) ................... $ 4800.00
   (e) Trade-In (Description Above) ........................... $ N/A
   Total Down Payment (d plus e) .............................. $ 4800.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) .......... $ 14399.53 (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts)
   To Public Officials
   (i) for license, title & registration fees ..... $ N/A
   (ii) for official fees ......................................... $ N/A
   (iii) for documentary stamps ......................... $ 58.80
   (iv) for taxes (not in Cash Price) .................. $ 127.44     $ 186.24
   To Insurance Companies for:
   Credit Life Insurance ................................................. $ N/A
   Credit Disability Insurance ......................................... $ N/A
   To _____ for _____ $ N/A
   To QCP WARRANTY for EXT SVC CON $ 1695.00
   To _____ for _____ $ N/A
   To QCP WARRANTY for MAINT CONTRACT $ 429.00
   To _____ for _____ $ N/A
   Total .......................................................................... $ 2310.24 (4)
5. Amount Financed (3 plus 4) ..................................... $ 16709.77 (5)

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid when you have made all scheduled payments | The total cost of your purchase on credit, including your down payment of $ 4800.00 |
| 8.90 % | $ 4129.43 | $ 16709.77 | $ 20839.20 | $ 25639.20 |

| Payment Schedule | Number of payments | Amount of Each payment | When Payments are due |
|---|---|---|---|
| XX ☒ Your payment schedule will be: | 59 1 final ☐ | $ 347.32 $ 347.32 | monthly starting 03/16/2003 |

**Prepayment:** If you pay off your account early, you will not have to pay a penalty.
**Late Payment:** You must pay a late charge on the portion of each payment received more than 10 days late. The charge is 5 percent of the late amount or $50.00, whichever is less.
**Security Interest:** You are giving us a security interest in the vehicle being purchased.
**Contract:** Please see this contract for additional information on security interest, non payment, default, the right to require repayment of your debt in full before the scheduled date and prepayment penalty.

Any change in this contract must be in writing and signed by you and the Creditor.
BUYER: X _Christopher Miller_ CO-BUYER: X _[signature]_

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

### NOTICE TO THE BUYER
a. Do not sign this contract before you read it or if it contains any blank spaces.
b. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

Buyer acknowledges receipt of a true and completely filled in copy of this contract at the time of signing.
X _Christopher Miller_ Buyer Signs    X _[signature]_ (Co) Buyer Signs

By signing below, the Seller accepts this contract. If no other assignee is named in a separate assignment attached to this contract the Seller assigns it to Ford Motor Credit Company.
SAWGRASS FORD    Seller    By X _[signature]_ Title BUS MANAGER

## INSURANCE
CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

1. Buyer understands that he has the option of assigning any other policy or policies buyer owns or may procure for the purpose of covering this retail instalment sale and the policy need not be purchased from the creditor in order to obtain credit.
Buyer Signs _Christopher Miller_
Co-Buyer Signs _[signature]_

2. Buyer understands that the credit life coverage may be deferred if, at the time of application, buyer is unable to engage in employment or unable to perform normal activities of a person of like age and sex, if the proposed credit life insurance policy contains this restriction.
Buyer Signs _Christopher Miller_
Co-Buyer Signs _[signature]_

3. Buyer understands that the benefits under the policy will terminate when buyer reaches a certain age and that buyer's age is accurately represented on the application or policy.
Buyer Signs _Christopher Miller_
Co-Buyer Signs _[signature]_

☐ Credit Life _____ Insurer
$ N/A Premium _____ Insured(s)
Signature(s)

Credit ☐ Disability _____ Insurer
$ N/A Premium _____ Insured
Signature

| XX | EXT SVC CONTRACT | 36 |
| | Other Optional Insurance | Term |
| | QCP WARRANTY | $ 1695.00 Premium |
| | _[signature]_ | |
| | Signature | |

Credit Life and Credit Disability insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.
You are required to insure the vehicle. If a charge is shown below, the Creditor will try to buy the coverages checked for the term shown. Coverages will be based on the cash value of the vehicle at time of loss, but not more than the limits of the policy.

☐ Comprehensive ☐ $ N/A Deductible Collision
☐ Fire-Theft-Combined Additional Coverage
☐ Towing and Labor
☐ Term N/A Months (Estimate)
☐ Premium $ N/A

YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

Rebate Program # _____

QUESTIONS?
Ford Credit
PLEASE CALL US AT 1-800-727-7000
or
Visit us at www.fordcredit.com
SEE BACK FOR ADDITIONAL AGREEMENTS.
01-001

FC 17608-SI Nov 01 (Previous editions may NOT be used)

FLORIDA DOCUMENTARY STAMP TAX REQUIRED BY LAW IN THE AMOUNT OF $ 58.80 HAS BEEN PAID OR WILL BE PAID DIRECTLY TO THE DEPARTMENT OF REVENUE
CERTIFICATE OF REGISTRATION
# 38 1812444 10 01

ORIGINAL

## STATE OF FLORIDA — LIEN SATISFACTION

| IDENTIFICATION NUMBER | YR | MAKE | MODEL |
|---|---|---|---|
| 1FMRU1568YLB33044 | 2000 | FORD | |

**REGISTERED OWNER**
VIOLET MILLER OR
CHRISTOPHER MILLER
9711 NW 21 MANOR
SUNRISE   FL 33322

**DATE OF ISSUE**
02/03/2003

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY _____
_____
TITLE            DATE

**MAIL TO:**   01/30/2003
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA   GA 30348-5704

---

## CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23/328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED BELOW IS VESTED IN THE OWNER(S) NAMED HEREIN, THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1FMRU1568YLB33044 | 2000 | FORD | | UT | 4726 | | 80933328 |

| PREV STATE | COLOR | PRIMARY BRAND | SECONDARY BRAND | NO OF BRANDS | USE | PREV ISSUE DATE |
|---|---|---|---|---|---|---|
| FL | GRN | | | | PVT | 05/07/2000 |

| ODOMETER STATUS OR VESSEL MANUFACTURER OR OH USE | HULL MATERIAL | PROP | DATE OF ISSUE |
|---|---|---|---|
| 37783 MILES   01/30/2003 ACTUAL | | | 02/03/2003 |

**REGISTERED OWNER**
VIOLET MILLER OR
CHRISTOPHER MILLER
9711 NW 21 MANOR
SUNRISE   FL 33322

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY _____
_____
TITLE            DATE

**1ST LIENHOLDER**
01/30/2003
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA   GA 30348-5704

DIVISION OF MOTOR VEHICLES   TALLAHASSEE   FLORIDA   DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Control Number 67114974

CARL A. FORD, DIRECTOR

FRED O. DICKINSON, III, EXECUTIVE DIRECTOR

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

ODOMETER CERTIFICATION - Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted and certified to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to:

Purchaser: _____   Address: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads ☐☐☐,☐☐☐ ☒ (no tenths)   Selling Price: $_____   Date Sold _____

miles, date read _____ and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the odometer statement blocks is checked.

CAUTION: DO NOT CHECK BOX IF ACTUAL MILEAGE ☐
1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY. ☐

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser: _____   Printed Name of Purchaser: _____
Signature of Co-Purchaser: _____   Printed Name of Co-Purchaser: _____
Signature of Seller: _____   Printed Name of Seller: _____
Signature of Co-Seller: _____   Printed Name of Co-Seller: _____
(When Applicable)
Selling Dealer's License Number: _____   Tax No. _____   Tax Collected $ _____
Auction Name _____   License Number _____

HSMV 82250 (REV. 12/02)   STATE OF FLORIDA

## 86 FORD

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| **2001 F250 SUPER DUTY PICKUP-3/4 Ton-V8** | | | | | **Mileage Class: III** | |
| 9150 | Styleside XL | F20* | $20535 | 5058 | 8250 | 11325 |
| 11250 | Styleside Supercab XL | X20* | 22705 | 5224 | 10125 | 13650 |
| 12750 | Styleside Crew Cab XL | W20* | 24015 | 5572 | 11475 | 15300 |
| **2001 F350 SUPER DUTY PICKUP-1 Ton-V8** | | | | | **Mileage Class: III** | |
| 9950 | Styleside XL | F30* | $20990 | 5182 | 8975 | 12200 |
| 12050 | Styleside Supercab XL | X30* | 23495 | 5243 | 10850 | 14550 |
| 13550 | Styleside Crew Cab XL | W30* | 24675 | 5591 | 12200 | 16150 |

**F SERIES PICKUP OPTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 1625 | Add Lariat Pkg. (XL) | | | 1625 | 1825 |
| 700 | Add XLT Pkg. (XL) | | | 700 | 800 |
| 2300 | Add 4 Wheel Drive | | | 2300 | 2575 |
| 350 | Add 6.8L V10 Engine | | | 350 | 400 |
| 3875 | Add 7.3L V8 Turbo Diesel Engine | | | 3875 | 4325 |
| 625 | Add 7700 Payload Pkg. (F150) | | | 625 | 700 |
| 150 | Add Aluminum/Alloy Wheels (XL) | | | 150 | 175 |
| 525 | Add Dual Rear Wheels | | | 525 | 600 |
| 150 | Add Power Seat (XLT) | | | 150 | 175 |
| 425 | Add Power Sunroof | | | 425 | 475 |
| 250 | Add Rear Entertainment System | | | 250 | 300 |
| 50 | Add Running Boards (Std. K-Ranch, Harley) | | | 50 | 75 |
| 800 | Deduct Work Truck Pkg. | | | 800 | 800 |
| 450 | Deduct V6 Engine | | | 450 | 450 |
| 625 | Deduct W/out Air Conditioning | | | 625 | 625 |
| 475 | Deduct W/out Automatic Trans. | | | 475 | 475 |
| 125 | Deduct W/out Cruise Control | | | 125 | 125 |

* 1, 3, or 8 as the 3rd position of the model # denotes 4WD

## FORD
**2000 EXPLORER-1/2 Ton-V6** — Mileage Class: II

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 4300 | Utility 2D Sport | U60 | $19970 | 3650 | 3875 | 5975 |
| 3950 | Utility 4D XL | U61 | 22160 | 3891 | 3575 | 5575 |
| 4350 | Utility 4D XLS | U62 | 23290 | 3875 | 3925 | 6025 |
| 4650 | Utility 4D XLT | U63 | 27185 | 3891 | 4200 | 6375 |
| 5675 | Utility 4D Eddie Bauer | U64 | 31740 | 3891 | 5125 | 7500 |
| 5850 | Utility 4D Limited | U65 | 31995 | 5275 | 3891 | 7675 |
| 5000 | Utility 2D Sport (4WD) | U70 | 23070 | 3903 | 4580 | 6750 |
| 4650 | Utility 4D XL (4WD) | U71 | 24040 | 4113 | 4200 | 6375 |
| 5050 | Utility 4D XLS (4WD) | U72 | 25170 | 4113 | 4550 | 6800 |
| 5350 | 4D XLT (4WD/AWD) | U(7/8)3 | 29150 | 4113 | 4825 | 7125 |
| 6375 | 4D Eddie Bauer (4WD/AWD) | U(7/8)4 | 33705 | 4113 | 5750 | 8275 |
| 6550 | 4D Limited (4WD/AWD) | U(7/8)5 | 33960 | 4113 | 5900 | 8475 |

| | | | | |
|---|---|---|---|---|
| 225 | Add 5.0L V8 Engine | | 225 | 250 |
| 75 | Add Aluminum/Alloy Wheels (XL) | | 75 | 100 |
| 200 | Add Leather Seats (Std. Eddie Bauer, Ltd.) | | 200 | 225 |
| 100 | Add MACH Stereo System (Std. Eddie Bauer, Ltd.) | | 100 | 125 |
| 100 | Add Power Seat (Std. XLT, E. Bauer, Ltd) | | 100 | 125 |
| 325 | Add Power Sunroof | | 325 | 375 |
| 375 | Deduct W/out Automatic Trans | | 375 | 375 |
| 75 | Deduct W/out Cruise Control | | 75 | 75 |
| 75 | Deduct W/out Power Door Locks | | 75 | 75 |
| 75 | Deduct W/out Power Windows | | 75 | 75 |

**2000 EXPEDITION-1/2 Ton-V8** — Mileage Class: III

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 7950 | Utility XLT | U15 | $29655 | 4916 | 7175 | 10000 |
| 8850 | Utility Eddie Bauer | U17 | 35885 | 5305 | 7975 | 11000 |

SEE TRUCK SECTION PAGE 2 FOR ADDITIONAL OPTIONS
SOUTHEASTERN EDITION - JANUARY 2007

---

## FORD 87

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 8650 | Utility XLT (4WD) | U16 | 32525 | 5080 | 7800 | 10775 |
| 9550 | Utility Eddie Bauer (4WD) | U18 | 39635 | 5447 | 8600 | 11750 |
| 275 | Add Leather Seats (XLT) | | | | 275 | 325 |
| 375 | Add Power Sunroof | | | | 375 | 425 |
| 300 | Deduct 4.6L V8 Engine | | | | 300 | 300 |

**2000 EXCURSION-3/4 Ton-V10** — Mileage Class: III

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 8850 | Utility XLT | U40 | $33460 | 6734 | 7975 | 11000 |
| 14450 | Utility XLT T-Diesel | U40F | 38060 | | 13025 | 17100 |
| 10750 | Utility Limited | U42 | 37110 | 6734 | 9675 | 13050 |
| 16350 | Utility Limited T-Diesel | U42F | 41710 | | 14725 | 19125 |
| 9850 | Utility XLT (4WD) | U41 | 36775 | 7190 | 8875 | 12075 |
| 15450 | Utility XLT T-Diesel (4WD) | U41F | 40780 | | 13925 | 18175 |
| 11750 | Utility Limited (4WD) | U43 | 40205 | 7190 | 10575 | 14200 |
| 17350 | Utility Limited T-Diesel (4WD) | U43F | 44210 | | 15625 | 20325 |
| 275 | Add Leather Seats (XLT) | | | | 275 | 325 |
| 450 | Deduct 5.4L V8 Engine | | | | 450 | 450 |
| 125 | Deduct W/out Power Seat | | | | 125 | 125 |

**2000 WINDSTAR-V6** — Mileage Class: II

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 2975 | Cargo Van | A54 | $19815 | 3709 | 2700 | 4475 |
| 3625 | Wagon | A50 | 21415 | 3910 | 3275 | 5225 |
| 4225 | Wagon LX | A51 | 23965 | 3910 | 3825 | 5900 |
| 5225 | Wagon SE | A52 | 27615 | 3988 | 4725 | 7000 |
| 6100 | Wagon SEL | A53 | 30515 | 3988 | 5500 | 7975 |
| 6775 | Wagon Limited | A53 | 33360 | 3988 | 6100 | 8725 |

| | | | |
|---|---|---|---|
| 75 | Add Aluminum/Alloy Wheels (LX) | 75 | 100 |
| 400 | Add Dual Power Doors (Std. SEL, Ltd.) | 400 | 450 |
| 200 | Add Leather Seats (Std. SEL, Ltd.) | 200 | 225 |
| 250 | Add Left Sliding Door (Wagon, LX) | 250 | 300 |
| 100 | Add Power Seat (Std. SE, SEL, Ltd.) | 100 | 125 |
| 200 | Add Power Sliding Door (LX, SE) | 200 | 225 |
| 250 | Add Rear Entertainment System | 250 | 300 |
| 75 | Deduct W/out Cruise Control | 75 | 75 |

**2000 ECONOLINE E150-1/2 Ton-V8** — Mileage Class: III

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 6750 | Cargo Van | E14 | $20190 | 4690 | 6075 | 8700 |
| 7300 | Wagon | E11 | 22445 | 5140 | 6575 | 9300 |

**2000 ECONOLINE E250-3/4 Ton-V8** — Mileage Class: III

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 7100 | Cargo Van | E24 | $21220 | 5080 | 6400 | 9075 |
| 7650 | Extended Cargo Van | S24 | 22065 | 5225 | 6900 | 9675 |

**2000 ECONOLINE E350-1 Ton-V8** — Mileage Class: III

| Clean Trade-In | Body Type | Model No. | M.S.R.P. | Weight | Loan | Clean Retail |
|---|---|---|---|---|---|---|
| 7500 | Super Duty Cargo Van | E34 | $23740 | 5340 | 6750 | 9525 |
| 8050 | Super Duty Wagon | E31 | 25285 | 5872 | 7250 | 10125 |
| 8050 | Super Duty Ext. Cargo Van | S34 | 24715 | 5485 | 7250 | 10125 |
| 8600 | Super Duty Ext. Wagon | S31 | 26955 | 6186 | 7750 | 10725 |

**ECONOLINE OPTIONS**

| | | | |
|---|---|---|---|
| 950 | Add Chateau Pkg. | 950 | 1075 |
| 525 | Add XLT Pkg. | 525 | 600 |
| 325 | Add 6.8L V10 Engine | 325 | 375 |
| 3300 | Add 7.3L V8 Turbo Diesel Engine | 3300 | 3675 |
| 125 | Add Aluminum/Alloy Wheels (Std. Chateau) | 125 | 150 |
| 125 | Add Power Seat | 125 | 150 |
| 400 | Deduct V6 Engine | 400 | 400 |
| 100 | Deduct W/out Cruise Control | 100 | 100 |
| 100 | Deduct W/out Power Door Locks | 100 | 100 |

SEE TRUCK SECTION PAGE 2 FOR ADDITIONAL OPTIONS
SOUTHEASTERN EDITION - JANUARY 2007

---

*retail $10,000* (handwritten)