UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.07-10184-RBR
                                                          Chapter 13 Proceedings
VIOLET MILLER
_____/

## FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(d) AND 11 U.S.C. §1301

COMES NOW, FORD MOTOR CREDIT COMPANY LLC, (hereinafter also referred to as ("FMCC") by and through its undersigned attorneys, states that Pursuant to Fed. R. Bank. Proc. 4001 (a) FMCC, moves for relief from the automatic stay and moves for relief from the Codebtor automatic stay in order to repossess and sell the 2000 FORD EXPEDITION.

In support of this motion, FMCC represents that:

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(a), 362(d) and 1301(c) of Title 11, United States Code (hereinafter referred to as the "Code"). Furthermore, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2.  On or about January 11, 2007, the Debtor, VIOLET MILLER, filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code.

3.  The Second Amended Chapter 13 Plan was confirmed on June 21, 2007. The Debtor's plan payments should be in compliance with the Second Amended Chapter 13 Plan.

4.  FORD MOTOR CREDIT COMPANY LLC is the holder of a claim against Debtor in the following amount:
    $5,930.63 secured by a 2001 FORD EXPEDITION
    Vehicle Identification #1FMRU1568YLB33044

Copies of the Retail Installment Contract and Certificate of Title for the described vehicle are attached hereto.

5.  The estimated value of the vehicle is $5,600.00 based on the value as listed in the February 2009 NADA Official Used Car Guide.

6. The Debtor is delinquent in making payments under the confirmed Second Amended Plan. The monthly payments due under the plan are $3,105.55. The Debtor's payments to the Trustee under the plan are past due for October 11, 2008 though March 11, 2009. The plan payments are in arrears in the amount of **$17,897.22, which was calculated through March 11, 2009.**

7. This constitutes an unreasonable delay by the Debtor that is prejudicial to the Creditors.

8. This constitutes a material default by the Debtor with respect to a term of a confirmed plan under Section 1307 of the Bankruptcy Code.

9. The Retail Installment Sale Contract entered into by the Debtor was also entered into by CHRISTOPHER MILLER who is not presently a Debtor in this Chapter 13 Bankruptcy proceeding. Further Christopher Miller remains liable under the terms of the Contract.

10. Petitioner, FMCC, lacks adequate protection for its interest in the collateral, there is no equity in the collateral and the collateral is not essential to the Debtor's successful reorganization.

11. The Debtor and/or Codebtor continue to use the collateral, subjecting it to depreciation and risk of loss.

12. The Motor Vehicle by its very nature shall continue to depreciate by its daily use and is also subject to being easily secreted, damaged or destroyed thereby impairing and reducing the value of FMCC'S security interest under the Contract.

13. Additionally, the Motor Vehicle by its very nature can be easily removed from this area and the jurisdiction of this court and the local state courts.

14. Additionally, upon the entry of an order terminating the automatic stay, the Debtor and/or Codebtor is more likely to take actions detrimental to the Motor Vehicle, including hiding it, damaging it, destroying it, or removing it from this geographic area, thereby impairing FMCC'S security interest in the Motor Vehicle.

**WHEREFORE,** FORD MOTOR CREDIT COMPANY LLC moves the Court for an Order (a) terminating the Automatic Stay imposed by Section 362(a) of the Code and (b) either waiving or shortening the 10 day stay period provided for in Bankruptcy Rule 4001(a)(3) so that FMCC may repossess and/or replevy the Motor Vehicle and foreclose its interest under its security agreement with the Debtor by selling or otherwise disposing of the Motor Vehicle and applying the sales proceeds to the indebtedness owed to FMCC, and (c) terminating the Codebtor stay imposed by Section 1301 of the Code, in that FMCC'S interest would be irreparably harmed by the continuation of such stay.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of this Motion for Relief from Automatic Stay was mailed to the Debtor and Codebtor and sent electronically to the Debtor's Attorney and the Trustee this 11th day of March 2009, and that I have conferred with opposing counsel in an attempt to resolve these issues.

Debtor's Attorney:
Elias Leonard Dsouza, Esquire

Debtor:
Violet Miller
9711 NW 21st Manor
Sunrise, FL 33322

Codebtor:
Christopher Miller
9711 NW 21st Manor
Sunrise, FL 33322

Trustee:
Robin R. Weiner

_____
KENNETH M. JONES
Moody, Jones, Ingino & Morehead, P.A.
Attorneys for FMCC
1333 S. University Drive, Suite 201
Plantation, FL 33324
(954) 473-6605
(954) 473-6855 Facsimile
Florida Bar No. 142618

**FLORIDA SIMPLE INTEREST VEHICLE RETAIL INSTALMENT CONTRACT**  DATE 01/30/2003

| Buyer (and Co-Buyer) Name and Address (including County and Zip Code) | CREDITOR (Seller Name and Address) |
|---|---|
| CHRISTOPHER MILLER<br>VIOLET MILLER<br>9711 NW 21ST MANOR<br>SUNRISE BROWARD FL 33322 | SAWGRASS FORD<br>14501 W. SUNRISE BLVD.<br>SUNRISE FL 33323 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Year and Make | Model | GVW if Truck (lbs.) | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2000 FORD TRUCK | EXPEDITION | | 1FMRU1568YLB33044 | ☐ Personal ☐ Agricultural<br>☐ Commercial |

Trade-In _____ Year and Make _____ Gross Allowance $ N/A  Amount Owing $ N/A

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price ............................................................. $ 19199.53 (1)
2. Down Payment
   (a) Third Party Rebate Assigned to Creditor ...... $ N/A
   (b) Cash Paid ........................................................ $ 4800.00
   (c) Deferred Down Payment Due ....................... $ N/A
   (d) Cash Down Payment (a, b, plus c) ............... $ 4800.00
   (e) Trade-In (Description Above) ....................... $ N/A
       Total Down Payment (d plus e) ................... $ 4800.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ......... $ 14399.53 (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts)
   To Public Officials
   (i) for license, title & registration fees $ N/A
   (ii) for official fees $ N/A
   (iii) for documentary stamps $ 58.80
   (iv) for taxes (not in Cash Price) $ 127.44    $ 186.24
   To Insurance Companies for:
   Credit Life Insurance ................................................ $ N/A
   Credit Disability Insurance ...................................... $ N/A
   To QCP WARRANTY for EXT SVC CON $ N/A
                                                         $ 1695.00
   To _____ for _____ $ N/A
   To QCP WARRANTY for MAINT CONTRACT $ 429.00
   To _____ for _____ $ N/A
   Total ......................................................... $ 2310.24 (4)
5. Amount Financed (3 plus 4) ....................................... $ 16709.77 (5)

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all scheduled payments | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 4800.00 |
|---|---|---|---|---|
| 8.90 % | $ 4129.43 | $ 16709.77 | $ 20839.20 | $ 25639.20 |

| Payment Schedule | Number of payments | Amount of Each payment | When Payments are due |
|---|---|---|---|
| Your payment schedule will be: | 59<br>1 final | $ 347.32<br>$ 347.32 | monthly starting 03/16/2003 |

**Prepayment:** If you pay off your account early, you will not have to pay a penalty.
**Late Payment:** You must pay a late charge on the portion of each payment received more than 10 days late. The charge is 5 percent of the late amount or $50.00, whichever is less.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Contract:** Please see this contract for additional information on security interest, non payment, default, the right to require repayment of your debt in full before the scheduled date and prepayment penalty.

Any change in this contract must be in writing and signed by you and the Creditor.
BUYER: X _Christopher Miller_  CO-BUYER: X _[signature]_

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

### NOTICE TO THE BUYER
a. Do not sign this contract before you read it or if it contains any blank spaces.
b. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

Buyer acknowledges receipt of a true and completely filled in copy of this contract at the time of signing.
X _Christopher Miller_  X _[signature]_
  Buyer Signs          (Co) Buyer Signs

By signing below, the Seller accepts this contract. If no other assignee is named in a separate assignment attached to this contract the Seller assigns it to Ford Motor Credit Company.
SAWGRASS FORD                 By X _[signature]_  Title BUS MANAGER
Seller

FC 17820-SI Nov 01 (Previous editions may NOT be used.)

### INSURANCE
CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

1. Buyer understands that he has the option of assigning any other policy or policies buyer owns or may procure for the purpose of covering this retail instalment sale and the policy need not be purchased from the creditor in order to obtain credit.
   Buyer Signs _Christopher Miller_
   Co-Buyer Signs _[signature]_
2. Buyer understands that the credit life coverage may be deferred if, at the time of application, buyer is unable to engage in employment or unable to perform normal activities of a person of like age and sex, if the proposed credit life insurance policy contains this restriction.
   Buyer Signs _Christopher Miller_
   Co-Buyer Signs _[signature]_
3. Buyer understands that the benefits under the policy will terminate when buyer reaches a certain age and that buyer's age is accurately represented on the application or policy.
   Buyer Signs _Christopher Miller_
   Co-Buyer Signs _[signature]_

☐ Credit Life _____
            Insurer
$ N/A
  Premium          Insured(s)
_____ Signature(s)

Credit
☐ Disability _____
            Insurer
$ N/A
  Premium          Insured
_____ Signature

☒ EXT SVC CONTRACT    36
Other Optional Insurance    Term
QCP WARRANTY      $ 1695.00
                      Premium
_[signature]_
Signature

Credit Life and Credit Disability Insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.
You are required to insure the vehicle. If a charge is shown below, the Creditor will try to buy the coverages checked for the term shown. Coverages will be based on the cash value of the vehicle at time of loss, but not more than the limits of the policy.

☐ Comprehensive ☐ $ N/A Deductible Collision
☐ Fire-Theft-Combined Additional Coverage
☐ Towing and Labor
☐ Term ___N/A___ Months (Estimate)
☐ Premium $ ___N/A___
YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

Rebate Program # _____
QUESTIONS?
Ford Credit
PLEASE CALL US AT 1-800-727-7000
or
Visit us at www.fordcredit.com
SEE BACK FOR ADDITIONAL AGREEMENTS.
01-001

FLORIDA DOCUMENTARY STAMP TAX REQUIRED BY LAW IN THE AMOUNT OF $ 58.80 HAS BEEN PAID OR WILL BE PAID DIRECTLY TO THE DEPARTMENT OF REVENUE
CERTIFICATE OF REGISTRATION
# 33 1612444 16 01

ORIGINAL

## STATE OF FLORIDA — LIEN SATISFACTION

| IDENTIFICATION NUMBER | YR | MAKE | MODEL |
|---|---|---|---|
| 1FMRU1588YLB33044 | 2000 | FORD | |

**REGISTERED OWNER**
VIOLET MILLER OR
CHRISTOPHER MILLER
9711 NW 21 MANOR
SUNRISE   FL 33322

**DATE OF ISSUE**
02/03/2003

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY _____
_____
TITLE                        DATE

**MAIL TO:**
01/30/2003
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA   GA 30348-5704

---

## CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23/328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED BELOW IS VESTED IN THE OWNER(S) NAMED HEREIN. THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| IDENTIFICATION NUMBER | YR. | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1FMRU1568YLB33044 | 2000 | FORD | | UT | 4726 | | 80933328 |
| PREV STATE | COLOR | PRIMARY BRAND | SECONDARY BRAND | NO OF BRANDS | USE | | PREV ISSUE DATE |
| FL | GRN | | | | PVT | | 05/07/2000 |
| ODOMETER STATUS OR VESSEL MANUFACTURER OR OH USE | | | | HULL MATERIAL | PROP | | DATE OF ISSUE |
| 37783 MILES | 01/30/2003 ACTUAL | | | | | | 02/03/2003 |

**REGISTERED OWNER**
VIOLET MILLER OR
CHRISTOPHER MILLER
9711 NW 21 MANOR
SUNRISE   FL 33322

**LIEN RELEASE**
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY _____
_____
TITLE                        DATE

**1ST LIENHOLDER**
01/30/2003
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA   GA 30348-5704

DIVISION OF MOTOR VEHICLES      TALLAHASSEE      FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

CARL A. FORD
DIRECTOR

Control Number 67114974

FRED O. DICKINSON, III
EXECUTIVE DIRECTOR

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

ODOMETER CERTIFICATION - Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted and certified to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to:

Purchaser: _____   Address: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads ☐☐☐,☐☐☐ ☐ (no tenths)   Selling Price: $ _____   Date Sold _____

miles, date read _____ and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the odometer statement blocks is checked.

CAUTION. DO NOT CHECK BOX IF ACTUAL MILEAGE ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser: _____   Printed Name of Purchaser: _____
Signature of Co-Purchaser: _____   Printed Name of Co-Purchaser: _____
Signature of Seller: _____   Printed Name of Seller: _____
Signature of Co-Seller (When Applicable): _____   Printed Name of Co-Seller: _____
Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected $ _____
Auction Name: _____   License Number: _____

STATE OF FLORIDA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                CASE NO. 07-10184-RBR
VIOLET MILLER                                                Chapter 13 Proceedings
_____/

AFFIDAVIT OF INDEBTEDNESS

STATE OF MICHIGAN            )        S.S.: xxx-xx-0261
COUNTY OF WAYNE             )

BEFORE ME, the undersigned authority, appeared BARBARA Codd, personally known to me, who, being by me first duly sworn on oath, deposes and says that she is a Bankruptcy Specialist for Ford Motor Credit Company LLC ("FMCC"). She is basing the information set forth in this affidavit upon a personal review of the business records maintained by FMCC in the course of its regularly conducted business with regard to the account of the Debtor(s) and states that FMCC holds a secured claim in the amount of $5,930.63, which represents the payoff balance on its collateral, to wit:

Vehicle Year, Make and Model:        2000 FORD EXPEDITION
Vehicle ID No.:                                1FMRU1568YLB33044

The current N.A.D.A. retail value of said vehicle as of February 2009 is $5,600.00. The Debtor(s) has/have defaulted in payments under the Vehicle Retail Installment Sales Contract / Closed End Motor Vehicle Lease Agreement and Disclosure statement since April 16, 2007. The arrearage on the Debtor(s) account to date is $5,061.33. The Debtor(s) has/have incurred late charges in the amount of $ 0 .

_Barbara Codd_
Affiant

SWORN TO AND SUBSCRIBED before me on this 5th day of March, 2009.

_Ann M Bluetscher_
Notary Public

My Commission expires:
___✓___ Personally known to me, or
_____ Produced identification: _____
                                        Type of Identification

ANN M. BLUETSCHER
Notary Public Wayne County Michigan
My Commission Expires July 27, 2011

## FORD — Page 54

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 5925 | 7150 | 8150 | Crew Cab Lariat | W3(0/2) | 29940 | | 7350 | 10250 |
| 4425 | 5550 | 6475 | Regular Cab XL (4WD) | F3(1/3) | 24065 | 5588 | 5850 | 8475 |
| 4900 | 6050 | 7000 | Regular Cab XLT (4WD) | F3(1/3) | 27330 | | 6300 | 8975 |
| 5325 | 6500 | 7475 | Supercab XL (4WD) | X3(1/3) | 26575 | 5650 | 6750 | 9500 |
| 5775 | 7000 | 8000 | Supercab XLT (4WD) | X3(1/3) | 29455 | | 7200 | 10075 |
| 6500 | 7750 | 8800 | Supercab Lariat (4WD) | X3(1/3) | 31265 | | 7925 | 10950 |
| 5975 | 7200 | 8225 | Crew Cab XL (4WD) | W3(1/3) | 27755 | 6004 | 7425 | 10325 |
| 6450 | 7700 | 8725 | Crew Cab XLT (4WD) | W3(1/3) | 30950 | | 7875 | 10850 |
| 7150 | 8450 | 9525 | Crew Cab Lariat (4WD) | W3(1/3) | 32775 | | 8575 | 11725 |

### F SERIES PICKUP OPTIONS

| | | | |
|---|---|---|---|
| 200 | Add 6.8L V10 Engine | 200 | 225 |
| 3200 | Add 7.3L V8 Turbo Diesel Engine | 3200 | 3575 |
| 400 | Add 7700 Payload Pkg. (F150 XL/XLT) | 400 | 450 |
| 150 | Add Aluminum/Alloy Wheels (XL) | 150 | 175 |
| 250 | Add Dual Rear Wheels | 250 | 300 |
| 200 | Add Flareside Bed (Std. Lightning) | 200 | 225 |
| 100 | Add Power Seat (XLT) | 100 | 125 |
| 250 | Add Power Sunroof | 250 | 300 |
| 150 | Add Rear Entertainment System | 150 | 175 |
| 200 | Deduct Work Truck Pkg. (XL) | 200 | 200 |
| 250 | Deduct V6 Engine | 250 | 250 |
| 400 | Deduct W/out Air Conditioning | 400 | 400 |
| 325 | Deduct W/out Automatic Trans. | 325 | 325 |
| 75 | Deduct W/out Cruise Control | 75 | 75 |

## FORD
### 2000 EXPLORER - 1/2 Ton - V6
**Mileage Class: II**

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 1225 | 1900 | 2450 | Utility 2D Sport | U60 | 19970 | 3650 | 2225 | 3075 |
| 1150 | 1800 | 2325 | Utility 4D XL | U61 | 22160 | 3891 | 2100 | 3725 |
| 1275 | 1950 | 2500 | Utility 4D XLS | U62 | 23290 | 3875 | 2250 | 3925 |
| 1400 | 2100 | 2675 | Utility 4D XLT | U63 | 27185 | 3891 | 2425 | 4125 |
| 1825 | 2575 | 3200 | Utility 4D Eddie Bauer | U64 | 31740 | 3891 | 2900 | 4725 |
| 1900 | 2675 | 3300 | Utility 4D Limited | U65 | 31995 | 3891 | 2975 | 4850 |
| 1475 | 2200 | 2775 | Utility 2D Sport (4WD) | U70 | 23070 | 3903 | 2500 | 4250 |
| 1400 | 2100 | 2675 | Utility 4D XL (4WD) | U71 | 24040 | 4113 | 2425 | 4125 |
| 1525 | 2250 | 2850 | Utility 4D XLS (4WD) | U72 | 25170 | 4113 | 2575 | 4325 |
| 1675 | 2400 | 3000 | 4D XLT (4WD/AWD) | U(7/8)2 | 29150 | 4113 | 2700 | 4500 |
| 2075 | 2875 | 3525 | 4D Eddie Bauer (4WD/AWD) | U(7/8)4 | 33705 | 4113 | 3175 | 5100 |
| 2175 | 2975 | 3625 | 4D Limited (4WD/AWD) | U(7/8)5 | 33960 | 4113 | 3275 | 5225 |

| | | | |
|---|---|---|---|
| 100 | Add 5.0L V8 Engine | 100 | 125 |
| 75 | Add Aluminum/Alloy Wheels (XL) | 75 | 100 |
| 150 | Add Leather Seats (Std. Eddie Bauer, Ltd.) | 150 | 175 |
| 50 | Add MACH Stereo System (Std. Eddie Bauer, Ltd.) | 50 | 75 |
| 75 | Add Power Seat (Std. XLT, E. Bauer, Ltd.) | 75 | 100 |
| 175 | Add Power Sunroof | 175 | 200 |
| 250 | Deduct W/out Automatic Trans | 250 | 250 |
| 50 | Deduct W/out Cruise Control | 50 | 50 |
| 75 | Deduct W/out Power Door Locks | 75 | 75 |
| 75 | Deduct W/out Power Windows | 75 | 75 |

### 2000 EXPEDITION - 1/2 Ton - V8
**Mileage Class: III**

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 2275 | 3200 | 3975 | Utility XLT | U15 | 29655 | 4916 | 3600 | 5600 |
| 2700 | 3675 | 4475 | Utility Eddie Bauer | U17 | 35865 | 5305 | 4050 | 6175 |
| 2650 | 3600 | 4400 | Utility XLT (4WD) | U16 | 32525 | 5060 | 3975 | 6100 |

*ADJUST FOR MILEAGE*
*JANUARY THROUGH APRIL 2009*

## FORD — Page 55

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 3075 | 4075 | 4900 | Utility Eddie Bauer (4WD) | U18 | 39635 | 5447 | 4425 | 6650 |

| | | | |
|---|---|---|---|
| 200 | Add Leather Seats (XLT) | 200 | 225 |
| 250 | Add Power Sunroof | 250 | 300 |
| 200 | Deduct 4.6L V8 Engine | 200 | 200 |

### 2000 EXCURSION - 3/4 Ton - V10
**Mileage Class: III**

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 2975 | 3975 | 4800 | Utility XLT | U40 | 33460 | 6734 | 4325 | 6525 |
| 7100 | 8375 | 9450 | Utility XLT T-Diesel | U40F | 38060 | | 8525 | 11650 |
| 3475 | 4525 | 5400 | Utility Limited | U42 | 37110 | 6734 | 4875 | 7200 |
| 7625 | 8925 | 10000 | Utility Limited T-Diesel | U42F | 41710 | | 9000 | 12250 |
| 3550 | 4600 | 5475 | Utility XLT (4WD) | U41 | 36775 | 7190 | 4950 | 7275 |
| 7675 | 9000 | 10075 | Utility XLT T-Diesel (4WD) | U41F | 40780 | | 9075 | 12325 |
| 4050 | 5150 | 6050 | Utility Limited (4WD) | U43 | 40205 | 7190 | 5450 | 7925 |
| 8200 | 9550 | 10650 | Utility Limited T-Diesel (4WD) | U43F | 44210 | | 9600 | 12950 |

| | | | |
|---|---|---|---|
| 200 | Add Leather Seats (XLT) | 200 | 225 |
| 200 | Deduct 5.4L V8 Engine | 200 | 200 |
| 75 | Deduct W/out Power Seat | 75 | 75 |

### 2000 WINDSTAR - V6
**Mileage Class: II**

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 850 | 1450 | 1950 | Cargo Van | A54 | 19815 | 3709 | 1775 | 3275 |
| 1050 | 1700 | 2225 | Wagon | A50 | 21415 | 3910 | 2025 | 3600 |
| 1150 | 1800 | 2325 | Wagon LX | A51 | 23965 | 3910 | 2100 | 3725 |
| 1500 | 2225 | 2800 | Wagon SE | A52 | 27615 | 3988 | 2525 | 4275 |
| 1775 | 2525 | 3150 | Wagon SEL | A53 | 30515 | 3988 | 2850 | 4675 |
| 1850 | 2600 | 3225 | Wagon Limited | A53 | 33360 | 3988 | 2925 | 4775 |

| | | | |
|---|---|---|---|
| 75 | Add Aluminum/Alloy Wheels (LX) | 75 | 100 |
| 100 | Add Dual Power Doors (Std. SEL, Ltd.) | 100 | 125 |
| 150 | Add Leather Seats (Std. SEL, Ltd.) | 150 | 175 |
| 100 | Add Left Sliding Door (Wagon, LX) | 100 | 125 |
| 75 | Add Power Seat (Std. SE, SEL, Ltd.) | 75 | 100 |
| 50 | Add Power Sliding Door (LX, SE) | 50 | 75 |
| 100 | Add Rear Entertainment System | 100 | 125 |
| 50 | Deduct W/out Cruise Control | 50 | 50 |

### 2000 ECONOLINE E150 - 1/2 Ton - V8
**Mileage Class: III**

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 1700 | 2550 | 3250 | Cargo Van | E14 | 20190 | 4690 | 2925 | 4800 |
| 2100 | 3000 | 3750 | Wagon | E11 | 22445 | 5140 | 3375 | 5350 |

### 2000 ECONOLINE E250 - 3/4 Ton - V8
**Mileage Class: III**

| 1850 | 2725 | 3450 | Cargo Van | E24 | 21220 | 5080 | 3125 | 5025 |
| 2025 | 2925 | 3675 | Extended Cargo Van | S24 | 22065 | 5225 | 3325 | 5275 |

### 2000 ECONOLINE E350 - 1 Ton - V8
**Mileage Class: III**

| 1975 | 2850 | 3575 | Super Duty Cargo Van | E34 | 23740 | 5340 | 3225 | 5150 |
| 2375 | 3300 | 4075 | Super Duty Wagon | E31 | 25285 | 5872 | 3675 | 5725 |
| 2150 | 3050 | 3800 | Super Duty Ext. Cargo Van | S34 | 24715 | 5485 | 3425 | 5400 |
| 2550 | 3500 | 4300 | Super Duty Ext. Wagon | S31 | 26955 | 6186 | 3875 | 5975 |

### ECONOLINE OPTIONS

| | | | |
|---|---|---|---|
| 375 | Add Chateau Pkg. | 375 | 425 |
| 150 | Add XLT Pkg. | 150 | 175 |
| 200 | Add 6.8L V10 Engine | 200 | 225 |
| 2000 | Add 7.3L V8 Turbo Diesel Engine | 2000 | 2225 |
| 125 | Add Aluminum/Alloy Wheels (Std. Chateau) | 125 | 150 |
| 75 | Add Power Seat | 75 | 100 |
| 200 | Deduct V6 Engine | 200 | 200 |

*SEE TRUCK OPTION PAGE FOR ADDITIONAL OPTIONS*
*JANUARY THROUGH APRIL 2009*

---

retail $5,600

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO. 07-10184-RBR
VIOLET MILLER                             Chapter 13 Proceedings
_____/

## ORDER GRANTING FORD MOTOR CREDIT COMPANY LLC RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362 AND §1301

The Motion of Ford Motor Credit Company LLC, (hereinafter also referred to as "FMCC") for Relief from Stay for action against Debtor and Codebtor, duly came on for hearing before this Honorable Court on the 16th day of April 2009 at 9:10 a.m.

**ORDERED AND ADJUDGED** that:

The Motion for Stay Relief filed by FMCC against the Debtor is **GRANTED,** and the stay imposed pursuant to 11 U.S.C. Section 362 is modified so as to allow FMCC to repossess or replevy the 2000 FORD EXPEDITION Vehicle Identification #1FMRU1568YLB33044 to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to FMCC, or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Rule 4001(a) (3) of the Federal Rules of Bankruptcy Procedure is not applicable and FMCC may immediately enforce and implement this order granting relief from the automatic stay.

**IT IS FURTHER ORDERED AND ADJUDGED** that:

The Motion for Stay Relief filed by FMCC against the Codebtor is **GRANTED**, and the

Page 1 of 2

stay imposed pursuant to 11 U.S.C. Section 1301 is modified so as to allow FMCC to repossess or replevy the 2000 FORD EXPEDITION, Vehicle Identification #1FMRU1568YLB33044, to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to FMCC, or to proceed in a Court of competent jurisdiction for the purpose of seeking in rem remedies. Moreover, the Codebtor stay pursuant to 11 U.S.C.§1301 is modified and lifted to the extent necessary to allow FMCC to act, commence or continue any actions to collect that amount of the debt which is not paid by the Debtor from the Codebtor, CHRISTOPHER MILLER, Rule 4001(a) (3) of the Federal Rules of Bankruptcy Procedure is not applicable and FMCC may immediately enforce and implement this order granting relief from the automatic stay.

###

Kenneth M. Jones, Moody, Jones, 2Ingino & Morehead, P.A., 1333 S. University Dr. Suite 201, Plantation, Florida 33324, Phone Number 954-473-6605, Attorney for FORD MOTOR CREDIT COMPANY LLC, is directed to serve a copy of this order on the parties listed and file a certificate of service.

Debtor's Attorney:
Elias Leonard Dsouza, Esquire

Debtor:
Violet Miller
9711 NW 21st Manor
Sunrise, FL 33322

Codebtor:
Christopher Miller
9711 NW 21st Manor
Sunrise, FL 33322

Trustee:
Robin R. Weiner